## The Title Guaranty and Surety Company, Appellee, v. W. J. Turnes, Appellant.

### Gen. No. 17,959. (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. WILLIAM N. GEMMILL, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1911. Affirmed. Opinion filed October 9, 1913.

### Statement of the Case.

Action by The Title Guaranty and Surety Company, a corporation, against W. J. Turnes to enforce the personal liability of the defendant as an officer of a pretended corporation, under Hurd's R. S. ch. 32, § 18, J. & A. ¶ 2435, on a contract of indemnity made by defendant in the name of such corporation. From a judgment for plaintiff, defendant appeals.

JAMES HIBBEN, for appellant.

SHERIFF, DENT, DOBYNS & FREEMAN, for appellee.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. CORPORATIONS, § 305 *—when officer of pretended corporation is personally liable. Under J. &. A. ¶ 2435, Hurd's R. S. Ch. 32, § 18, an officer executing a contract in the name of a pretended corporation to indemnify a person becoming surety on a bond of such corporation is personally liable to such surety for reimbursement, though recovery on the bond was not against such officer personally.

2. CORPORATIONS, § 320*—proof to establish personal liability of officer. To recover against an officer for liabilities contracted by him in the name of a pretended corporation, plaintiff must prove that defendant acted as officer of the corporation, that there was no such corporation and that such officer contracted in the name of the corporation.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.

3. CORPORATIONS, § 305*—*when judgment not res adjudicata on question of officer's liability.* Judgment against a pretended corporation on its bond is not *res adjudicata* on question who is liable on a contract executed by its officer in the name of the corporation to indemnify a surety on the bond.

4. INDEMNITY, § 8*—*words in contract construed.* In a contract to indemnify a surety on a bond bearing a date subsequent to that of the contract, the words "by reason of its having executed said bond" refer to a future time when surety may sustain loss.